IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RECEIVED**

JUL 0 2 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

KASHANA JANINA LONDON and JAMYAA BRAGGS,
Plaintiffs/Creditors,

v.

FREELAND CHEVROLET SUPERSTORE,
Defendant/Seller.

Case No. _____

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### I JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 for claims arising under federal law including 15 U.S.C. § 1638 (Truth in Lending Act), 16 CFR § 433.1 (FTC Holder Rule), and 18 U.S.C. § 914 (Criminal Impersonation).
2. Venue is proper under 28 U.S.C. § 1391(b)(2) because the events or omissions giving rise to this claim occurred in Shelby County, Tennessee.

### II. PARTIES

3. Plaintiff Kashana Janina London is an American Indian woman and lawful living creditor domiciled in Shelby County, Tennessee.
4. Plaintiff Jamyaa Braggs is Plaintiff London's daughter and a co-signer in the vehicle transaction.
5. Defendant Freeland Chevrolet Superstore, LLC is a licensed dealership located at 5333 Hickory Hollow Pkwy, Antioch, TN 37013. The registered agent is Bernard G. Freeland.

### III FACTUAL BACKGROUND

(See **Verified Statement of Facts** filed concurrently and incorporated herein by reference.)

### IV CLAIMS FOR RELIEF

- A. Breach of Fiduciary Duty
- B. Consumer Fraud and Misrepresentation
- C. Violation of the Truth in Lending Act (15 U.S.C. § 1638)
- D. Criminal Impersonation of a Creditor (18 U.S.C. § 914)
- E. Forgery and Tampering with Contractual Instruments
- F. Failure to Arbitrate in Good Faith

- **G. Emotional Distress and Financial Harm**

## V. INDIGENOUS STATUS AND TREATY PROTECTIONS

Plaintiffs assert status as Black American Indian women entitled to fiduciary protections under historical U.S. treaties. These rights are enforceable under the federal trust doctrine. Defendant's fraudulent conduct constitutes a breach of this fiduciary obligation.

## VI. REQUEST FOR JUDGMENT AND RESTORATION

WHEREFORE, Plaintiffs respectfully request:

1. Compensatory damages in the amount of $1,000,000;
2. Injunctive relief to remove derogatory credit reporting and block further collection;
3. Treble damages and costs as provided by law;
4. Full fee waiver under sworn indigency;
5. Recognition of American Indian treaty status and trust protections;
6. All other relief the Court deems just and proper.

Respectfully Submitted,

Kashana Janina London

Jamyaa Braggs

P.O. Box 770188  *Address for both Plaintiffs*
Memphis, TN 38177
Email: KashanaLondon38@gmail.com
901-493-1683